# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. RUCKER, ) | 3:04-CV-0120-ECR (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | August 16, 2006 |
| E.K. McDANIEL, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendants have filed a Motion for Temporary Stay of Proceedings, Pending Resolution of Docket No. 81, the Outcome of Which Will Likely Dismiss this Case (Doc. #83).

     Defendants' Motion for Temporary Stay of Proceedings, Pending Resolution of Docket No. 81 (Doc. #83) is **GRANTED**.  This case is temporarily **stayed** pending the court's decision on Defendants' Motion for Reconsideration of the District Court Order of Docket No. 35, based on an Intervening Change in Controlling Authority, as Announced in *Woodford v. NGO*, 126 S.Ct. 2378 (2006) (Doc. #81).

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk