```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| FRANK J. RUCKER, | ) | 3:04-CV-0120-ECR-RAM |
| | ) | |
| vs. | ) | MINUTES OF THE COURT |
| | ) | |
| E. K. MC DANIEL, et al. | ) | DATE: DECEMBER 29, 2008 |
| | ) | |

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On December 5, 2008, the Magistrate Judge filed a Report and Recommendation (#148) recommending Defendant Governor Kenny Guinn's Motion for Judgment on the Pleadings (#60) be granted. No objections have been timely filed.

    The Report and Recommendation (#148) is well taken and **IT IS HEREBY ORDERED** that the Report and Recommendation (#148) is **APPROVED** and **ADOPTED** by the Court.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant Governor Kenny Guinn's Motion for Judgment on the Pleadings (#60) is **GRANTED**.

LANCE S. WILSON, CLERK

By        /s/
     Deputy Clerk

